UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESUS CORTEZ-HERNANDEZ and JESSE L. TABLERT,<br><br>        Defendants. | NOS:  2:16-CR-0017-TOR-1<br>         2:16-CR-0017-TOR-2<br><br>PROTECTIVE ORDER |

BEFORE THE COURT are the United States' Motion for Protective Order (ECF No. 30) and Motion to Expedite (ECF No. 31). The motions were submitted for consideration without oral argument. The Court has reviewed the motions and the file therein and is fully informed. For good cause shown, the motions are granted.

//

//

//

PROTECTIVE ORDER ~ 1

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents. A copy means a copy of the actual discovery, summarizing content of discovery, quoting from content of discovery, and providing it to the Defendant;

3. Defense counsel may show to, and discuss with, their client the discovery material, including sealed documents;

4. The Defendants are specifically advised that they may not possess case discovery materials and/or sealed court documents unless authorized by this Court.

5. Defense counsel shall not provide original or copies of discovery materials directly to their client;

6. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order. If the discovery is provided to a Court appointed "expert" or investigator under the parameters of this Order, that expert or

1  investigator is subject to this Protective Order and therefore subject to sanctions for

2  violation of said Order;

3       7.   Defense counsel shall not electronically transpose the contents of such

4  discovery material onto any other stationary/paper or media including attorney

5  letterhead;

6       8.   The United States and defense counsel may reference the existence

7  and content of sealed discovery material in open and closed court proceedings

8  relevant to case numbers 2:16-CR-0017-TOR-1 and 2:16-CR-0017-TOR-2;

9       9.   The parties reserve the right to seek relief from the Protective Order

10 should the need arise;

11      10.  A violation of this protective order may result in contempt of court

12 proceedings against any contemptor, including but not limited to defense counsel

13 and/or the Defendants.

14      The District Court Executive is hereby directed to enter this Order and

15 furnish copies to counsel.

16      **DATED** February 4, 2016.



17

18                            THOMAS O. RICE
                              Chief United States District Judge

19

20

PROTECTIVE ORDER ~ 3